**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85026
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com
Allison M. Lauritson - 022185
Email: allison.lauritson@lane-nach.com

Attorneys for Gayle Eskay Mills, Chapter 7 Trustee
(In Re Metro Restaurants, Inc., Case No. 4:14-bk-01278-BMW)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT BRIAN MCMAHON and DANITA CRONIN MCMAHON,<br><br>       Debtors.<br><br>――――――――――――――<br><br>GAYLE ESKAY MILLS, CHAPTER 7 TRUSTEE OF THE ESTATE OF METRO RESTAURANTS, INC., CASE NO. 4:14-bk-01278-BMW,<br><br>       Plaintiff,<br><br>vs.<br><br>ROBERT BRIAN MCMAHON and DANITA CRONIN MCMAHON, husband and wife,<br><br>       Defendants. | (Chapter 11 Case)<br><br>No. 4:15-bk-00672-BMW<br><br>*Adv: 4:15-ap-00221-BMW*<br><br>**COMPLAINT FOR TURNOVER**<br><br>Turnover: 11 U.S.C. §§ 541 and 542 |

      Gayle Eskay Mills, Chapter 7 Trustee of the Estate of Metro Restaurants, Inc., Case No. 4:14-bk-01278-BMW ("Plaintiff"), by and through her attorneys, for her Complaint for Turnover against Defendants Robert Brian McMahon and Danita Cronin McMahon, respectfully alleges follows:

**JURISDICTION AND VENUE**

    1.   This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334,

and 11 U.S.C. §§541 and 542.

2. This proceeding arises in and is related to the proceeding commenced by the Defendants under Chapter 7 of the United States Bankruptcy Code.

3. This is a "core proceeding" pursuant to 28 U.S.C. § 157(b)(2)(A)(E), and (O).

4. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## **FACTS**

5. This case was commenced by a Voluntary Petition filed under Chapter 11 of the Bankruptcy Code on January 22, 2015 ("Petition Date"). [D.E. 1]

6. On or about January 31, 2014, Metro Restaurants, Inc. ("Metro") filed a Voluntary Petition filed under Chapter 11 of the Bankruptcy Code on January 31, 2014, case no. 4:14-bk-01278-BMW ("Metro Case"). [D.E. 1] The Metro Case was converted to a case under Chapter 7 of the Bankruptcy Code on October 17, 2014.

7. Upon conversion of the Metro Case to Chapter 7, Gayle Eskay Mills was appointed as the Trustee of the Metro Chapter 7 Bankruptcy Estate.

8. Plaintiff is the duly appointed and acting Trustee in the Metro Case.

9. The Metro Petition was signed by Metro's President, Robert McMahon. *Id*.

10. Defendants Robert Brian McMahon and Danita Cronin McMahon (collectively "Defendants") are residents of the state of Arizona. All acts complained of herein were done for the benefit of and on behalf of the Defendants' marital community.

11. All events complained of herein occurred in this District.

12. Pursuant to the Schedules of Assets and Liabilities filed in Defendants' bankruptcy case, as of the Petition Date, Defendants assert an ownership interest in a "2006 Lincoln 72-5 Limo (2/3 ownership)", with a scheduled value of $10,000.00. [D.E. 36, Schedule B].

13. Based on the records of the Arizona Department of Transportation, Motor Vehicle Division ("AZ MVD"), as of the commencement of the Metro Case and at all times relevant, Metro had an ownership interest in a 2006 Lincoln limousine, VIN #XXXXXXXXXXXXX7508 ("Lincoln"). *See* AZ MVD record attached hereto as **Exhibit A** and incorporated herein by reference.

14. Pursuant to the AZ MVD record, the Lincoln is titled as "Metro Restaurants <u>OR</u> Robert B. McMahon". *See* Exhibit A [emphasis supplied].

15. The Lincoln is the same vehicle as the "2006 Lincoln 72-5 limousine (2/3 ownership)" listed by Defendants in their bankruptcy case.

16. On information and belief, Defendants are in possession and/or control of, or have access to the Lincoln.

17. The Plaintiff has made several demands for turnover of the Lincoln, but the Defendants have failed and refused to turn over the Lincoln.

18. 11 U.S.C. § 541 provides in pertinent part:

(a) The commencement of a case under section 301, 302, or 303 of this title creates an estate. Such estate is comprised of all the following property, wherever located and by whomever held:

(1) Except as provided in subsections (b) and (c)(2) of this section, all legal or equitable interests of the debtor in property as of the commencement of the case….

19. Based on the records of the AZ MVD, Metro had an ownership interest in the Lincoln as of the commencement of the Metro Case, and upon conversion of the case to Chapter 7.

20. Upon filing the bankruptcy case, the Lincoln became property of the Metro bankruptcy estate pursuant to 11 U.S.C. §541.

21. 11 U.S.C. § 542 provides in pertinent part:

(a) Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate.

22. The Metro Case was commenced prior to the McMahon bankruptcy case.

23. A trustee is entitled to an order directing an entity or person in possession, custody, or control of estate property to turn over the property. *See United States v. Whiting Pools, Inc.*, 462 U.S.

3

198, 211, 103 S. Ct. 2309, 2317, 76 L. Ed. 2d 515 (1983); *In re Glimcher*, 469 B.R. 835, 842 (Bankr. D. Ariz. 2012) (property of the Estate must be turned over).

24. Despite repeated demands, the Defendants have failed and refused to turn over the Lincoln to Plaintiff.

WHEREFORE, for the reasons stated above, the Plaintiff respectfully requests the Court enter an Order:

A. Directing the Defendants, and each of them, to immediately turn over the Lincoln; and

B. For such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 30th day of March, 2015.

**LANE & NACH, P.C.**

By  */s/* Adam B. Nach – 013622
    Adam B. Nach
    Allison M. Lauritson
    Attorneys for Gayle Eskay Mills

4

# EXHIBIT A

**Plate Number** MCMAHON
**VIN** ███████ 7508
**Name** METRO RESTAURANTS

**ARIZONA MOTOR VEHICLE RECORD AS OF 10/20/2014**

| | | | | |
|---|---|---|---|---|
| **PLATE** MCMAHON - 138 | **TAB** MCMAHON | **CAT** C | **VIN** ███████ 7508 | |
| **MAKE** LINC | **YEAR** 2006 | **VST** LM | **FLP** 042355 | |
| **GVW** 008001 | **FUEL** G | **MFR** JUL 2006 | **EXP** JUN 30, 2015 | |
| | | **PRD** | **FNED** 00000000 | |

| **TITLE** | **ST** | **DATE** | **FILM** | **OTC** | **OD** | **CODE** |
|---|---|---|---|---|---|---|
| ███████ 083 | AZ | 01232014 | L109BA1108 | | 0040219 | A |

**LEGAL STATUS**
**OWNER1** METRO RESTAURANTS      OR
**OWNER2** ROBERT,B,MCMAHON

**M/ADR** 4644 E FORT LOWELL RD        **CITY** TUCSON        **ST** AZ 857121111        **CO** 10
**L/ADR**                              **CITY**               **ST**                    **CO** 00

**COMMENTS**

**LIEN1**                              **DATE**               **LEGAL STATUS**
**ADR**
**LIEN2**                              **DATE**               **LEGAL STATUS**
**ADR**
**LIEN3**                              **DATE**
**ADR**
**STATUS CODE** 25